UNITED STATES of America,
Plaintiff–Appellee,

v.

Sameh Kalid DANHACH, Defendant–
Appellant.

No. 12–20415
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 31, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Matt Edward Hennessy, Esq., Houston, TX, for Defendant–Appellant.

Before SMITH, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Sameh Danhach is charged with conspiracy to transport stolen merchandise in interstate/international commerce, interstate transportation of stolen goods, and international transportation of stolen goods, in violation of 18 U.S.C. §§ 2, 371, 2314. He appeals an order of detention.

The evidence as a whole supports the district court's conclusion that there is a serious risk that Danhach will flee and that there are no conditions of release that would reasonably assure his appearance at

trial were he to be released pending trial. *See* 18 U.S.C. § 3142; *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir.1992).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

